IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| JENNIFER R., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | Case No. 24-cv-3344 |
| COMMISSIONER OF SOCIAL ) | |
| SECURITY, ) | |
| ) | |
| Defendant. ) | |

## ORDER

**SUE E. MYERSCOUGH, U.S. District Judge:**

This matter comes before the Court on the Report and Recommendation of United States Magistrate Judge Eric I. Long recommending that this Court affirm the Administrative Law Judge's decision (d/e 13).

Objections to the Report and Recommendation were due on or before February 6, 2026.  Neither party filed objections.

The district court reviews de novo any part of a magistrate judge's report and recommendation to which a specific written objection has been made.  Fed. R. Civ. P. 72(b); 28 U.S.C. § 636(b)(1).  If no objection or only partial objection is made, the

district judge reviews those unobjected portions for clear error. Johnson v. Zema Sys. Corp., 170 F.3d 734, 739 (7th Cir. 1999) (also noting that a party who fails to object to the report and recommendation waives appellate review of the factual and legal questions).

After reviewing the record, the Report and Recommendation, the parties' briefing and memoranda, and the applicable law, the Court finds no clear error in Magistrate Judge Long's Report and Recommendation.

It is, therefore, ORDERED:

**(1)  The Report and Recommendation of United States Magistrate Judge Eric I. Long (d/e 13) is ACCEPTED and ADOPTED, and**

**(2)  This case is closed.**

ENTERED:  February 10, 2026

/s/ Sue E. Myerscough
SUE E. MYERSCOUGH
UNITED STATES DISTRICT JUDGE
